Commonwealth of Virginia — DMV Disabled Parking Placard Identification Card

>000143 5851725 003026

PAUL GABOR FOLDES
PO BOX 16180
ALEXANDRIA VA 22302-8100

Placard Number: P01213377    Expires: 11/30/2020

## United States District Court Violation Notice

CVB Location Code: EJ64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7881976 | G. Heslic | 285 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 4/11/2020 1540 | 36 CFR 4.12 |

Place of Offense: Bell Haven Park

Offense Description: Factual Basis for Charge: Parked in Roadway

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Registered Owner    First Name:    M.I.:

### VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| KCT-1737 | VA |  | Subaru |  | Blue |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 60    Forfeiture Amount
+ $30    Processing Fee
PAY THIS AMOUNT → $ 90    Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT
401 Courthouse Square
Alexandria, VA 22314

Date (mm/dd/yyyy): 7/9/2020
Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.