Paul Foldes

POB 16100 * Alexandria VA 22302

Certified, US Mail: 7018 180 0001 4084 6009

July 7, 2020

Re: Citation #7881976 Dated April 11, 2020

Disputed; Request To Dismiss

Unable To Appear In Person Due To Covid19 Health Constraints



Office of Clerk

US District Court, Aleaxndria VA

This is to request that the above citation be dismissed. Reasons supporting this request:

1) Valid, current handicapped sticker was displayed on car; wallet card copy enclosed
2) Roadway was not in active use; and one handicapped space nearby was taken
3) Other cars were parked in same inactive roadway at time when I parked, and there was a Fairfax county police car parked nearby, when I arrived and parked; and it was not ticketing any cars – leading me to believe that given that roadway was inactive, it was ok to park there with handicapped sticker on display

Tried to contact Traffic Division to get instructions how to make appearance to dispute via Zoom, instead of in person; did not receive response to voicemail message left. Given several 'underlying health conditions' making such appearance in an enclosed space not advised.

For reasons provided above, request dismissal of violation notice without penalty.

Sincerely,

Paul G Foldes

Enclosures; copies of pictures taken day of citation

Commonwealth of Virginia — dmv — Disabled Parking Placard Identification Card

>000143 5851725 003026

PAUL GABOR FOLDES
PO BOX 16100
ALEXANDRIA VA 22302-8100

Placard Number: P01213377    Expires: 11/30/2020

## United States District Court Violation Notice

CVB Location Code: EU61

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7881976 | G. Hess | 295 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 4/11/20 1540
Offense Charged: 36 CFR 4.12
Place of Offense: Bell Haven Park
Offense Description: Factual Basis for Charge: Parked in Roadway

### DEFENDANT INFORMATION

Last Name: Registered Owner
First Name: —

### VEHICLE

Tag No.: KCI-HJA    State: VA    Make/Model: Subaru    Color: Blk

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 60    Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 90    Total Collateral Due

YOUR COURT DATE

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
Date: 7/9/20
Time: 9:00







