IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Citation No.   7881976 |
| v.                                          ) | Court Date:  July 9, 2020 |
| ) | |
| PAUL FOLDES,                       ) | |
| ) | |
| ) | |
| Defendant            ) | |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute pending citation number 7881976 pertaining to defendant PAUL FOLDES.

Accordingly, the United States hereby moves for dismissal without prejudice of citation number 7881976 pertaining to defendant, PAUL FOLDES.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

BY:           /s/          
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and proposed Order will be mailed to the defendant on July 10, 2020.

                                                /s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov